FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
MAY 26, 2022
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 108

In the Matter of Lawrence Didier

Frederick Fremgen, Stutsman County
State's Attorney,                                           Petitioner and Appellee

v.

Lawrence Didier,                                          Respondent and Appellant

### No. 20210325

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Cherie L. Clark, Judge.

AFFIRMED.

Per Curiam.

Megan B. Carmichael, Assistant State's Attorney, Jamestown, ND, for petitioner and appellee.

Tyler J. Morrow, Grand Forks, ND, for respondent and appellant.

# Matter of Didier
## No. 20210325

**Per Curiam.**

[¶1]  Lawrence Didier appeals from the district court's order denying his application for discharge from civil commitment as a sexually dangerous individual. He argues the court's finding that he has serious difficulty controlling his behavior is not supported by clear and convincing evidence. Under our modified clearly erroneous standard of review, clear and convincing evidence exists for the court's finding Didier has serious difficulty controlling his behavior. The court's finding is not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte